IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JONATHAN CHAN and KARLA FORD, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-0325 |
| | § | |
| BOARD OF REGENTS OF TEXAS SOUTHERN UNIVERSITY d/b/a TEXAS SOUTHERN UNIVERSITY THURGOOD MARSHALL SCHOOL OF LAW, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The hearing set for April 12, 2012 at 9:00 a.m. in Courtroom 11-B will not be an evidentiary hearing on the requested injunction. Instead, it will be for the purpose of setting a schedule for such a hearing and to address any necessary pre-hearing work.

SIGNED on April 10, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge