# **AFFIDAVIT OF SERVICE**

**State of Texas**  **County of Harris**  **Us District Court**

Case Number: 4:12-CV-00325

Plaintiff:
**Jonathan Chan and Karla Ford**

vs.

Defendant:
**Board of Regents of Texas Southern University dba Texas Southern University Thurgood Marshall School of Law, Shelley Smith, et al**

For:
Jason Bach
The Bach Law Group, Esq.
2802 Flintrock Trace, Suite 255
Austin, TX 78738

Received by Paradigm Attorney Service, Inc. on the 30th day of March, 2012 at 1:47 pm to be served on **Board of Regents of Texas Southern University, 3100 Cleburne, Houston, TX 77004**

I, Andrew L. Garza, being duly sworn, depose and say that on the **30th day of March, 2012** at **4:40 pm**, I:

delivered to the authorized **Attorney of Service,** a true copy of the **Summons in a Civil Action, Notice of Setting, Complaint (Jury Demanded), Plaintiff's Motion for Preliminary Injunction, Exhibit 1, Affidavit of Jonathan Chan, Affidavit of Karla Ford, Exhibit 2, Thurgood Marshall's School of Law Student Rules and Regulations 2011-2012** with the date of service endorsed thereon by me, to: **Andrew C. Hughey, Texas Southern University** as **General Counsel** at the address of: **3100 Cleburne, Houston, TX 77004**, who stated they are authorized to accept service for **Board of Regents of Texas Southern University**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the _31_ day of _March_, _2012_ by the affiant who is personally known to me.

NOTARY PUBLIC

BLANCHE GARZA
Notary Public, State of Texas
My Commission Expires
November 08, 2014

**Andrew L. Garza**
SCH004491 exp. 12/31/2014

**Paradigm Attorney Service, Inc.**
915 E. Bonneville Ave.
Las Vegas, NV 89101
(702) 385-7874

Our Job Serial Number: AHC-2012000331
Ref: 2012000331