IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JONATHAN CHAN and KARLA FORD, § § | |
| Plaintiffs, § § | |
| VS. § | CIVIL ACTION NO. H-12-0325 |
| § | |
| BOARD OF REGENTS OF TEXAS § SOUTHERN UNIVERSITY d/b/a TEXAS § SOUTHERN UNIVERSITY THURGOOD § MARSHALL SCHOOL OF LAW, *et al.*, § § | |
| Defendants. § | |

## ORDER OF DISMISSAL

In accordance with this court's Memorandum and Opinion of today's date, the plaintiffs' federal claims are dismissed with prejudice. The plaintiffs' state-law claims are dismissed without prejudice.

SIGNED on November 16, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge